**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Thomas H. Bray, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Bank of America, MERS, Inc., | ) | |
| Country Wide Home Loans, et. al., | ) | |
| | ) | Case No.: 1:09-cv-075 |
| Defendants. | ) | |

_____

On December 18, 2009, the court issued an orders for a Rule 16(b) scheduling conference and for resolution of discovery disputes. Therein, the court advised the parties that shall hold a Rule 16(b) scheduling/discovery conference in the above-entitled action on January 28, 2010, at 10:00 a.m. at United States Courthouse in Bismarck.

The court now clarifies that the parties may meet if they so choose prior to the aforementioned scheduling conference. The court shall not require that they meet, however.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge