**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Thomas H. Bray, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, MERS, Inc., and | ) | Case No. 1:09-cv-075 |
| Countrywide Home Loans, | ) | |
| | ) | |
| Defendants. | ) | |

_____

The court held a status conference in the above-entitled action on May 25, 2010. Plaintiff appeared pro se. Attorney John Petrik appeared on defendants' behalf.

Pursuant to its discussions with the parties, the court **ORDERS** as follows:

1. Defendants shall have until July 6, 2010, to file responses to plaintiff's Motion to Cease and Desist (Docket No. 55), Motion for Summary Judgment (Docket No. 60), and Motion for Judgment (Docket no. 61); and.

2. The court shall construe the "Affidavit in Support of Response to Counter Claim" filed by plaintiff in conjunction with his Motion to Cease and Desist as his answer to defendants' amended counterclaim.

Dated this 26th day of May, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge