**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Thomas H. Bray, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, MERS, Inc., Country Wide Home Loans, et. al., | ) ) | |
| | ) | Case No. 1:09-cv-075 |
| Defendants. | ) | |

_____

The court shall conduct a status conference in the above-entitled action on July 8, 2010, at 10:00 a.m. at the United States Courthouse in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 28th day of June, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge