## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Thomas H. Bray, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Bank of America, MERS, Inc., Country ) | |
| Wide Home Loans ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| Countrywide Home Loans; Bank of America, ) | |
| and MERS, Inc. as nominee of America's ) | |
| Home Loans LLC, its successors, and assigns, ) | |
| ) | |
| Counter Claimants ) | |
| ) | |
| vs. ) | |
| ) | |
| Thomas H. Bray, individually and as ) | |
| alleged Trustee of Multigrain CPT a/k/a ) | |
| Multigrains CPT, Michael D. Harris, ) | |
| Trustee of Bray 10 Family Trust, ) | |
| Ken Campbell a/k/a Kenneth Campbell, ) | Case No. 1:09-cv-075 |
| Sharenda Bray Wiebe; Devin Bray, ) | |
| Portfolio Recovery Associates, ) | |
| ) | |
| Counter Defendants ) | |

Attachment #1 to plaintiff's Motion for Leave to Appeal in forma pauperis (Docket No. 253-1) shall be sealed as it contains sensitive personal information, i.e., plaintiff's Social Security number.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge