## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Thomas H. Bray, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Bank of America, MERS, Inc., Country Wide Home Loans | ) |
| Defendants. | ) |
| _____ | ) |
| Countrywide Home Loans; Bank of America, and MERS, Inc. as nominee of America's Home Loans LLC, its successors, and assigns, | ) |
| Counter Claimants | ) |
| vs. | ) |
| Thomas H. Bray, individually and as alleged Trustee of Multigrain CPT a/k/a Multigrains CPT, Michael D. Harris, Trustee of Bray 10 Family Trust, Ken Campbell a/k/a Kenneth Campbell, Sharenda Bray Wiebe; Devin Bray, Portfolio Recovery Associates, | ) Case No. 1:09-cv-075 |
| Counter Defendants | ) |

Attachment #1 to plaintiff's Motion for Leave to Appeal in forma pauperis (Docket No. 253-1) shall be sealed as it contains sensitive personal information, i.e., plaintiff's Social Security number.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge